**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 24, 2013.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-13-00029-CV

---

### DEREK SIMON AND AMANDA COMEAUX, Appellant

### V.

### CHANDRA PHU, Appellee

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-59581**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 15, 2012. On January 16, 2013, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Busby.